UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOANNE C. THORNE-LONG,

                        Plaintiff,

    – against –

CITY OF NEW YORK, et al.

                        Defendants.

**AFFIDAVIT OF SERVICE BY MAIL**

**CASE NO: 23-CV-04305 (DG) (LB)**

------------------------------------------------------------------- x

STATE OF NEW YORK
                  : ss.:
COUNTY OF KINGS   )

**Lukeem Hanton**, duly sworn deposes and says that:

1. The deponent is not a party to the action and is 18 years of age or older.

2. On June 14, 2023 the deponent served the annex **Individual Practice Rules of Judge Diane Gujarati** upon the following person or persons:

   **Joanne C. Thorne-Long
   2362 Pacific Street, #2
   Brooklyn, NY 11233-6749**

3. The number of copies served on each of said persons was 1.

4. The method of service on each of said persons was:

   By dispatching the papers to the person by overnight delivery service with UPS Next Day Air® UPS Worldwide Express®, bearing numbers 1Z80A03X0197101804, at the address designated by the person for that purpose, pursuant to CPLR 2103 (b)(6)

                                                                            **Lukeem Hanton**

**Sworn to before me this
14th day June, 2023**

_____
NOTARY PUBLIC

INEZ CONTRERAS
Commissioner of Deeds
City of New York No. 1-10126
Certificate Filed In New York County
Commission Expires November 01, 2024