

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Hon. Sylvia O. Hinds-Radix
*Corporation Counsel*

René L. Macioce
Labor and Employment Law Division
phone: (212) 356-2479
fax: (212) 356-2439
email: rmacioce@law.nyc.gov

July 19, 2023

**Via First Class Mail and Email**
Joanne C. Thorne-Long
2121 Union Street, Apt. 2R
Brooklyn, New York 11212

Re: *Thorne-Long v. The City of New York, et al.*,
No. 23 Civ. 04305 (DG) (LB)
LM No. 2023-049801

Dear Ms. Thorne-Long:

I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants the City of New York ("City"), Hon. Sylvia O. Hinds-Radix, New York City Department of Education, Mayor Eric Adams, and Commissioner Ashwin Vasan (collectively, the "Defendants").

Pursuant to this Court's individual rules III.B.4, please find attached copies of Defendants' Notice of Motion to Dismiss, Memorandum of Law in Support, Declaration of René L. Macioce, Declaration of Lukeem Hanton, Rule 12.1 Notice, accompanying exhibits, and all unpublished cases cited in the Memorandum of Law in Support.

Respectfully submitted,

/s/ René L. Macioce
René L. Macioce
Assistant Corporation Counsel

**CC:** Honorable Diane Gujarati (via ECF)
United States District Court
Eastern District of New York