UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

JOANNE C. THORNE-LONG,

                        Plaintiff,

         – against –

CITY OF NEW YORK, et al.

                       Defendants.
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE BY MAIL**

**CASE NO. 23-CV-04305 (DG) (LB)**

STATE OF NEW YORK
                        : ss.:
COUNTY OF KINGS        )

**Lukeem Hanton**, duly sworn deposes and says that:

1. The deponent is not a party to the action and is 18 years of age or older.

2. On November 27, 2023 the deponent served the annex **Defendants' Cover Letter regarding the Motion to Dismiss, Notice of Motion to Dismiss the Amended Complaint, Memorandum of Law in Support of Motion to Dismiss the Amended Complaint, Declaration of René L. Macioce, Exhibits A – J, Local Rule 12.1 Notice and Copies of all Unpublished Cases Cited to in the Amended Complaint** upon the following person or persons:

> **Joanne C. Thorne-Long**
> **Pro Se Plaintiff**
> **2121 Union Street, Apt. 2R**
> **Brooklyn, NY 11212**

3. The number of copies served on each of said persons was 1.

4. The method of service on each of said persons was:

By mailing the paper to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York pursuant to CPLR 2103(b)(2).

                                                                    */s/ Lukeem Hanton*
                                                                   **Lukeem Hanton**

Sworn to before me this
27th day November, 2023

*/s/ Moses Williams*
NOTARY PUBLIC

MOSES SAMUEL WILLIAMS
Commissioner of Deeds
City of New York No. 2-12722
Certificate Filed In Kings County
Commission Expires August 1, 2025