# EXHIBIT D

## VAX Mandate Separations and Rehires

Former employees are now eligible to apply for budgeted open positions and can be considered for rehire regardless of their vaccination status. ***Please note that there are no provisions for automatic return to service, or guarantees of hire, nor are there any entitlements to back pay.***

Please review the following requirements based on the employee's prior title and separation circumstances:

- **Former Pedagogical Employees:**
  - If the employee was terminated or if the employee signed an attestation/waiver in connection with the special separation incentive, they may apply to be re-hired as a new employee but **may not be** reinstated or revoke their resignation for tenure purposes.
  - If the employee retired without signing an attestation /waiver or if the employee signed the attestation/waiver to remain on the Leave Without Pay with benefits, **AND** received a job offer, they **may** apply to withdraw their resignation or retirement per existing rules under the Chancellor's Regulation C-205.

- **Former Permanent Employees in a Competitive Civil Service Title:**
  - If the employee signed an attestation/waiver in connection with the special separation incentive, they **may** apply to be re-hired as a **new** employee, but they **may not be** reinstated with permanent status or revoke their resignation for civil service purposes.

- If the employee was terminated or if they resigned (either without signing an attestation/waiver or if they signed the attestation/waiver to remain on the Leave Without Pay with benefits) **AND** they have a job offer, the employee **may** be eligible for reinstatement with permanent status under existing City regulations/procedures.

- **All Other Former Employees:**
  - Are eligible to be considered for employment following the regular process for *new* hires.

Please share this information regarding the application and hiring process by directing all applicants to the DOE Careers page: https://www.schools.nyc.gov/careers