# EXHIBIT E



# BROOKLYN TABERNACLE DELIVERANCE CENTER

600 Lafayette Avenue Brooklyn, New York 11216
Tel (718) 636-5151

**Jacqueline Y. Barksdale**
Senior Pastor

**Apostle William J. Denson**
Overseer

**Dr. C. R. Johnson**
Founder

9/15/2021

To Whom It May Concert,

Joanne Thorne-Long refuse to take the vaccine for the corona virus based on her religious beliefs. Joanne believes that she is being led by the Holy Spirit to not take the vaccine and wants to be obedient to the Spirit of God according to the Holy Bible Scriptures (John 6:14 and 1Corinthians 6:9), that she is being led and her body is the temple of the Holly Spirit.

Sincerely yours,

Pastor Jacqueline Barksdale