# EXHIBIT F

| **Email From:** | solas_donotreply@schools.nyc.gov |
|---|---|
| **Sent:** | Friday, September 17, 2021 04:32 PM |
| **Email To:** | █████@schools.nyc.gov |
| **Email CC:** | |
| **Email BCC:** | HRConnectLeaves@schools.nyc.gov |
| **Subject:** | Your COVID Vaccine Religious Exemption Application - Determination |

09/17/2021

Case#: A73842
File# ████
EMP ID: ████

Dear JOANNE THORNE-LONG,

We have reviewed your application and supporting documentation for a religious exemption from the DOE COVID-19 vaccine mandate. Your application has failed to meet the criteria for a religious based accommodation because, per the Order of the Commissioner of Health, unvaccinated employees cannot work in a school building without posing a direct threat to health and safety. Due to the configuration for the 2021 - 2022 school year, which includes no remote classwork, we cannot offer another worksite as an accommodation, as that would impose an undue hardship (i.e. more than a minimal burden) on the DOE and its operations.

This application was reviewed in accordance with applicable law as well as the Arbitration Award in the matter of the UFT and the Board of Education regarding the vaccine mandate.

Under the terms of the Arbitration Award, you may appeal this denial to an independent arbitrator. If you wish to appeal, you must do so within one school day of this notice by logging into SOLAS https://dhrnycaps.nycenet.edu/SOLAS and using the option "I would like to APPEAL". As part of the appeal, you may submit additional documentation and also provide a reason for the appeal.

Sincerely,


*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX5892599 N3418 VAX_ReligiousExempt_GenDenial (UFT Only)