# EXHIBIT G

# Religious Exemption Appeal

# According to EEOC, Section 12: Religious Discrimination ( https://www.eeoc.gov/ )

Issuing Authority
This guidance document was issued upon approval by vote of the U.S. Equal Employment Opportunity Commission.
OLC Control Number
EEOC-CVG-2021-3
Concise Display Name

Section 12: Religious Discrimination
Issue Date
01-15-2021
General Topics
Religion

## Summary
This document addresses Title VII's prohibition against religious discrimination in employment, including topics such as religious harassment, and workplace accommodation of religious beliefs and practices.
Citation
Title VII
Document Applicant
Employers, Employees, Applicants, Attorneys and Practitioners, EEOC Staff

## EXAMPLE 31
## Sincerely Held Religious Belief

When an employer requests additional information, employees should provide information that addresses the employer's reasonable doubts. That information need not, however, take any specific form. For example, written materials or the employee's own first-hand explanation may be sufficient to alleviate the employer's doubts about the sincerity or religious nature of the employee's professed belief such that third-party verification is unnecessary.

Further, since idiosyncratic beliefs can be sincerely held and religious, even when third-party verification is requested, it does not have to come from a clergy member or fellow congregant, but rather could be provided by others who are aware of the employee's religious practice or belief.[226]

An employee who fails to cooperate with an employer's reasonable request for verification of the sincerity or religious nature of a professed belief risks losing any subsequent claim that the employer improperly denied an accommodation;

By the same token, employers who unreasonably request unnecessary or excessive corroborating evidence risk being held liable for denying a reasonable accommodation request, and having their actions challenged as retaliatory or as part of a pattern of harassment.

I, Joanne Thorne-Long hereby request accommodations such as 1. Teaching in person; with no restrictions  2. Teaching in person and remotely  3. Non-teaching educational-related duties, office work etc. in the DOE  4. Teaching remotely  5. Testing without presenting any symptoms (monthly, bi-weekly)  6. Teaching in person with children who have opted out, and/or adults who feel comfortable and secure with person who is vaccine-free  7. Mask wearing  8. As set forth by DOE

*Additionally, I have a copy of an order from the United States Court of Appeals for the 2nd Circuit dated November 28th 2021 case #21-271; identifying the court order "that the procedures by which their religious accommodation claims were considered are unconstitutional as applied to them."  Therefore, based on this judgment, I seek the maximum accommodation available to me under the First Amendment to the United States Constitution, and all other governing laws. I make this request for accommodation without prejudice to my claim, that this review process is insufficient "under the Constitution and other applicable laws".*

*I, Joanne Thorne-Long hereby do request that my sincerely held religious belief is private, and should not be shared with anyone else who do not have any bearing in the process or this matter. Amen*