# EXHIBIT H

| | |
|---|---|
| **Email From:** | solas_donotreply@schools.nyc.gov |
| **Sent:** | Monday, September 20, 2021 08:52 PM |
| **Email To:** | ███████ @schools.nyc.gov |
| **Email CC:** | |
| **Email BCC:** | hrconnect@schools.nyc.gov |
| **Subject:** | Your Appeal |

09/20/2021

Case#: █████

File# ████████

EMP ID: ██████

Dear JOANNE THORNE-LONG,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate related exemption or accommodation. This appeal and your application materials and documentation are being forwarded to Scheinman Arbitration and Mediation Services ("SAMS") and independent arbitrators convened by SAMS who will consider your appeal.

Supplemental documentation may be submitted within 48 hours of your filing of the appeal to SAMS by emailing the applicable address below. Please include your name and union in the subject line and send from your DOE email.

UFT: [AppealsUFT@ScheinmanNeutrals.com](mailto:AppealsUFT@ScheinmanNeutrals.com)
CSA: [AppealsCSA@ScheinmanNeutrals.com](mailto:AppealsCSA@ScheinmanNeutrals.com)
Local 237: [AppealsTeamstersLocal237@ScheinmanNeutrals.com](mailto:AppealsTeamstersLocal237@ScheinmanNeutrals.com)
Local 891: [AppealsLocal891IUOE@ScheinmanNeutrals.com](mailto:AppealsLocal891IUOE@ScheinmanNeutrals.com)

Sincerely,


*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX5904018 N3425 COVID-19_VAX_Exemption_Appeal