# EXHIBIT I

SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------------ X
In the Matter of the Arbitration                 X
                between                          X
NEW YORK CITY DEPARTMENT OF EDUCATION            X    Re: UFT.558
                  and                            X
          JOANNE THORNE LONG                     X
                                                 X
------------------------------------------------ X

Issue: _Religious Exemption_____

Date of Hearing: _____

## Award

APPLICATION FOR EXEMPTION:  GRANTED [ ]    DENIED [X]    OTHER [ ]

_____
_____
_____
_____
_____
_____

_____                    9/24/2021
Arbitrator                                Date
Martin F. Scheinman, Esq.