

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office

33 Whitehall Street, 5th Floor
New York, NY 10004
Free: (833) 827-2920
ASL: (844) 234-5122
FAX: (212)336-3622
Website: www.eeoc.gov

11/16/2023

VIA: lhanton@law.nyc.gov
Lukeem Hanton
NYC LAW DEPARTMENT
100 Church Street
Floor 2
New York, NY 10007

Re:          **FOIA No.: 520-2024-001828**
                 **Charge No.: 520-2022-03629**
                 **Joanne Thorne- Long v. NYC Department of Education**

Dear Mr. Hanton:

Your Freedom of Information Act (FOIA) request, received on 11/03/2023, is processed. Our search began on 11/06/2023. All agency records in creation as of 11/06/2023 are within the scope of EEOC's search for responsive records. The paragraph(s) checked below apply.

[ ]     Your request is granted.

[ ]     Your request is denied pursuant to the subsections of the FOIA indicated at the end of this letter. An attachment to this letter explains the use of these exemptions in more detail.

**[X]**     **Your request is procedurally denied as no records fitting the description of the records you seek disclosed exist or could be located after a thorough search. See the Comments page for further explanation.**

[ ]     Your request is granted in part and denied in part. Portions not released are withheld pursuant to the subsections of the FOIA indicated at the end of this letter. An attachment to this letter explains the use of these exemptions in more detail.

[ ]     Your request is closed for administrative reasons. An attachment to this letter further explains this closure.

[ ]     A fee of $ 0.00 is charged. Charges for manual search and review services are assessed according to the personnel category of the person conducting the search a. Fees for search services range from $5.00 per quarter hour to $20.00 per quarter hour. Direct cost is charged for computer search and in certain other circumstances. Photocopying is .15 per page. 29 C.F.R. §1610.15. The attached Comments page further explains the direct costs assessed. The fee(s) charged is computed as follows:

520-2024-001828

| | |
|---|---|
| [ ] | The disclosed records are enclosed.  No fee is charged because the cost of collecting and processing the chargeable fee equals or exceeds the amount of the fee.  29 C.F.R. § 1610.15(d). |
| [ ] | The disclosed records are enclosed.  Photocopying and search fees have been waived pursuant to 29 C.F.R. § 1610.14. |
| [ ] | I trust that the furnished information fully satisfies your request.  If you need any further assistance or would like to discuss any aspect of your request please do not hesitate to contact the FOIA Professional who processed your request or our FOIA Public Liaison (see contact information in above letterhead or under signature line). |
| **[X]** | **You may contact the Acting EEOC FOIA Public Liaison Michael L. Heise for further assistance or to discuss any aspect of your request. In addition, you may contact the Office of Government Information Services (OGIS) to inquire about the FOIA mediation services they offer.** <br><br> **The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at (202) 741-5770; toll free 1-877-684-6448; or facsimile at (202) 741-5769.** <br><br> **The contact information for the FOIA Public Liaison is as follows: Michael L. Heise, EEOC FOIA Public Liaison, Office of Legal Counsel, FOIA Division, Equal Employment Opportunity Commission, 131 M. Street, N.E., Fifth Floor, Washington, D.C. 20507, email to FOIA@eeoc.gov, telephone at (202) 921-2542; or fax at (202) 653-6034.** |
| **[X]** | **If you are not satisfied with the response to this request, you may administratively appeal in writing.  Your appeal must be postmarked or electronically transmitted in 90 days from receipt of this letter to the Office of Legal Counsel, FOIA Division, Equal Employment Opportunity Commission, 131 M Street, NE, 5NW02E, Washington, D.C. 20507, email to FOIA@eeoc.gov; online at https://eeoc.arkcase.com/foia/portal/login, or fax at (202) 653-6034.  Your appeal will be governed by 29 C.F.R. § 1610.11.** |
| **[X]** | **See the attached Comments page for further information.** |

Cordially,

_Timothy A. Riera_
**Timothy Riera**
**Acting District Director**
**newyfoia@eeoc.go**

520-2024-001828

## **Comments**

We are unable to grant your request at this time because we have no record of a complaint filed with the Equal Employment Opportunity Commission (EEOC) for the requested matter.

If there was ever an inquiry made about filing a charge complaint, but resulted in no official complaint being made, all information concerning that matter is destroyed after 60 days.

The New York District FOIA unit processed this FOIA request and can be reached at **(929) 506-5350** if you have any questions.

**Exemption Codes Used:**

D(2), Records do not exist

For a full description of the exemption codes used please find them at the following URL:
https://publicportalfoiapal.eeoc.gov/palMain.aspx